*Randal S. Mashburn*
U.S. Bankruptcy Judge

Dated: 6/13/2014



# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

JJW

IN RE:  
DEONTAYE LORANZO HAMER  
P O BOX 78153  
NASHVILLE, TN  37207-8153

CASE NO. 14-04593-RM3-13  
06/12/2014

SSN XXX-XX-1383

## ORDER TO PAY TRUSTEE

The referenced debtor has filed a petition for relief under Chapter 13 of the Bankruptcy Code and has submitted all future income to the jurisdiction of the court in accordance with the Bankruptcy Rules.

**IT IS ORDERED** that until further order of this court, the entity from whom the debtor receives income:

> CNR FOODS/POPEYES  
> ATTN PAYROLL  
> 301 S PERIMETER PARK DR  
> NASHVILLE, TN  37211

shall deduct **$350.00 BI-WEEKLY** beginning on the next pay period following receipt of this order and deduct same amount each pay period thereafter including any period for which the debtor receives a periodic lump sum payment as a result of vacation, termination, longevity pay, merit bonuses or other benefits arising from present or past employment of the debtor and to remit the deductible amount, at least monthly, to:

> CHAPTER 13 TRUSTEE  
> P O BOX 340019  
> NASHVILLE, TN  37203  
> PHONE: 615-244-1101  
> FAX: 615-242-3241  
> pleadings@ch13nsh.com

**IT IS FURTHER ORDERED** that the entity from whom the debtor receives income shall notify the Trustee if the debtor's income is terminated and the reason therefore.

**IT IS FURTHER ORDERED** that all income of the debtor (including monthly commission checks unless specifically ordered otherwise by this Court) except the amounts required to be withheld for taxes, social security, insurance, pension, or union dues be paid in accordance with usual payment procedures.

**IT IS FURTHER ORDERED** that no deductions for account of any garnishment, wage assignment, child support, alimony payment, credit union, or other purpose not specifically authorized by this Court shall be made from the income of said debtor.

**IT IS FURTHER ORDERED** that this order supersedes all previous orders received by the above-referenced entity from whom the debtor receives income in this case.  Failure to comply with the provisions of this order may result in a motion to show cause why said entity should not be found in contempt.

THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY AS INDICATED AT THE TOP OF THE FIRST PAGE.

cc: DEONTAYE LORANZO HAMER  
ROTHSCHILD AND AUSBROOKS PLLC  
HENRY E. HILDEBRAND, III  
CNR FOODS/POPEYES

This Order has been electronically
signed.  The Judge's signature and
Court's seal appear at the top of the
first page.
United States Bankruptcy Court.