Randal S. Mashburn  
U.S. Bankruptcy Judge

Dated: 1/8/2015



IN THE UNITED STATES BANKRUPTCY COURT  
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| IN RE: ) | |
| ) | CHAPTER: 13 |
| DEONTAYE LORANZO HAMER ) | CASE NO.: 14-04593 |
| 873 S. 6TH STREET ) | JUDGE: MASHBURN |
| NASHVILLE, TN 37206-3811 ) | |
| SSN: XXX-XX-1383 ) | |
| Debtor. ) | . |

## ORDER GRANTING SUSPENSION OF CHAPTER 13 PLAN PAYMENTS

THIS MATTER IS BEFORE THE COURT upon the Debtor's Motion to Suspend Chapter 13 Plan Payments, with notice of proposed action having been given to all necessary parties pursuant to Local Rule No. 9013-1. It appearing that no objection had been filed in writing within 21 days of the filing of the proposed action, the motion is well taken and shall be GRANTED as follows:

1. Chapter 13 plan payments shall be suspended for the months of December, 2014 and January, 2015.

2. Insolve Funding and priority creditors, Holly Campbell and Central Child Support shall miss two (2) monthly disbursements from the Chapter 13 Trustee.

3. The Debtor's plan payments shall be increased from $350.00 bi-weekly and $87.50 weekly to $350.00 bi-weekly and $94.25 weekly upon resumption in February, 2015.

4. The plan base shall remain $68,200.00, to be increased by tax refunds, over a plan life of approximately sixty (60) months from confirmation.

5. The dividend to allowed unsecured creditors shall remain zero percent (0%) and the unsecured pool would remain non-applicable. No other terms of confirmation would be affected by this suspension.

6. The case shall be placed on a probationary basis, and may be dismissed upon application of the Trustee in the event of a future plan payment default.

IT IS SO ORDERED.

THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY
AS INDICATED AT THE TOP OF THE FRONT PAGE

APPROVED FOR ENTRY:

*/s/ Mary Beth Ausbrooks*
MARY BETH AUSBROOKS
Attorney for Debtor
1222 16th Avenue South, Suite 12
Nashville, TN 37212
(615) 242-3996 (telephone)
(615) 242-2003 (facsimile)
notice@rothschildbklaw.com

This Order has been electronically signed. The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.

Case 3:14-bk-04593    Doc 39    Filed 01/09/15    Entered 01/09/15 07:08:20    Desc Main Document    Page 2 of 2