**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**

IN RE:

DEONTAYE LORANZO HAMER
P O BOX 78153
NASHVILLE, TN  37207-8153

Case No.**14-04593-RM3-13**

JUDGE RANDAL S MASHBURN

SSN XXX-XX-1383

**TRUSTEE'S NOTICE OF INTENT TO PAY CLAIMS**

Comes now the standing Chapter 13 Trustee who hereby serves notice that the following claims have been examined. The deadline for filing non government claims in this case was **10/27/2014**. The deadline for filing claims by governmental units was **12/08/2014**. After such examination the Trustee states that claims should be deemed allowed, or 'not filed' as indicated below:

| NAME AND ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| INSOLVE AUTO FUNDING<br>CAPITAL RECOVERY GROUP<br>DEPT 3403 P O BOX 123403<br>DALLAS, TX  75312 | $350.00<br>DATE FILED: 10/08/2014 | COSTED - OTHER CONT'G DEBTS<br>Disb level: 21<br><br>ACCT: **9200**<br>COMM: 2009 CHEVROLET IMPALA/AMENDED |
|  | TRUSTEE'S CLAIM NO: 1<br>PERCENT ALLOWED: **100.00 %** | COURT'S CLAIM# 17 |
| LIMITED AUTO SALES<br>134 DONELSON PIKE<br>NASHVILLE, TN  37214 | $0.00<br>DATE FILED: 06/12/2014 | 910 AUTOMOBILE LOAN (W)<br>Disb level: 0<br>SURRENDERED<br>ACCT:<br>COMM: 2006 PONTIAC GRAND PRIX/SURRENDER |
|  | TRUSTEE'S CLAIM NO: 2<br>PERCENT ALLOWED: **100.00 %** | COURT'S CLAIM# |
| SIGNATURE LOAN CO<br>713 B MAIN ST<br>NASHVILLE, TN  37206 | $339.00<br>DATE FILED: 06/23/2014 | UNSECURED CREDITOR (H)<br>Disb level: 41<br><br>ACCT: **6800**<br>COMM: VOID LIEN |
|  | TRUSTEE'S CLAIM NO: 3<br>PERCENT ALLOWED: **.00 %** | COURT'S CLAIM# 2 |

| | | |
|---|---|---|
| WORLD ACCEPTANCE CORPORATION<br>ATTN BANKRUPTCY PROCESSING<br>P O BOX 6429<br>GREENVILLE, SC 29606 | **$295.15**<br>DATE FILED: 06/25/2014 | UNSECURED CREDITOR (H)<br>Disb level: 41<br><br>ACCT: **5617**<br>COMM: APPLE IPOD TOUCH/WORLD FINANCE CORP |
| | TRUSTEE'S CLAIM NO: 4<br>PERCENT ALLOWED: **.00 %** | COURT'S CLAIM# 3 |
| WORLD ACCEPTANCE CORPORATION<br>ATTN BANKRUPTCY PROCESSING<br>P O BOX 6429<br>GREENVILLE, SC 29606 | **$710.00**<br>DATE FILED: 06/20/2014 | UNSECURED CREDITOR (H)<br>Disb level: 41<br><br>ACCT: **9440**<br>COMM: VOID LIEN/WORLD FINANCE CORP |
| | TRUSTEE'S CLAIM NO: 5<br>PERCENT ALLOWED: **.00 %** | COURT'S CLAIM# 1 |
| CENTRAL CHILD SUPPORT RECEIPTING UNIT<br>P O BOX 305200<br>NASHVILLE, TN 37229 | **$1,052.57**<br>DATE FILED: 07/15/2014 | SUPPORT/ALIMONY ARRS-PRIORITY<br>Disb level: 31<br><br>ACCT: **1383**<br>COMM: CHANEL D WATERS |
| | TRUSTEE'S CLAIM NO: 6<br>PERCENT ALLOWED: **100.00 %** | COURT'S CLAIM# 7 |
| HOLLY CAMPBELL<br>129 PLEASANT ST<br>CONCORD, NH 03301 | **$0.00**<br>DATE FILED: 06/12/2014 | SUPPORT/ALIMONY CONT (A)<br>Disb level: 10<br><br>ACCT:<br>COMM: |
| | TRUSTEE'S CLAIM NO: 7<br>PERCENT ALLOWED: **100.00 %** | COURT'S CLAIM# |
| NEW HAMPSHIRE DEPT OF HEALTH AND HUMAN S<br>129 PLEASANT ST<br>CONCORD, NH 03301 | **$0.00**<br>DATE FILED: 06/12/2014 | NOTICE ONLY (N)<br>Disb level: 0<br><br>ACCT:<br>COMM: HOLLY CAMPBELL |
| | TRUSTEE'S CLAIM NO: 8<br>PERCENT ALLOWED: **.00 %** | COURT'S CLAIM# |

| | | |
|---|---|---|
| CENTRAL CHILD SUPPORT RECEIPTING UNIT<br>P O BOX 305200<br>NASHVILLE, TN 37229 | **$207.00**<br>DATE FILED: 07/15/2014 | SUPPORT/ALIMONY CONT (A)<br>Disb level: 10<br><br>ACCT: **1383**<br>COMM: JAZZMINE S PRIMM |
| | TRUSTEE'S CLAIM NO: 9<br>PERCENT ALLOWED: **100.00 %** | COURT'S CLAIM# 8 |
| CENTRAL CHILD SUPPORT RECEIPTING UNIT<br>P O BOX 305200<br>NASHVILLE, TN 37229 | **$1,273.45**<br>DATE FILED: 07/15/2014 | SUPPORT/ALIMONY ARRS-PRIORITY<br>Disb level: 31<br><br>ACCT: **1383**<br>COMM: JAZZMINE S PRIMM |
| | TRUSTEE'S CLAIM NO: 10<br>PERCENT ALLOWED: **100.00 %** | COURT'S CLAIM# 9 |
| CENTRAL CHILD SUPPORT RECEIPTING UNIT<br>P O BOX 305200<br>NASHVILLE, TN 37229 | **$238.98**<br>DATE FILED: 07/15/2014 | SUPPORT/ALIMONY CONT (A)<br>Disb level: 10<br><br>ACCT: **1383**<br>COMM: KIAWSHA S PATTON |
| | TRUSTEE'S CLAIM NO: 11<br>PERCENT ALLOWED: **100.00 %** | COURT'S CLAIM# 10 |
| CENTRAL CHILD SUPPORT RECEIPTING UNIT<br>P O BOX 305200<br>NASHVILLE, TN 37229 | **$2,344.76**<br>DATE FILED: 07/15/2014 | SUPPORT/ALIMONY ARRS-PRIORITY<br>Disb level: 31<br><br>ACCT: **1383**<br>COMM: KIAWSHA S PATTON |
| | TRUSTEE'S CLAIM NO: 12<br>PERCENT ALLOWED: **100.00 %** | COURT'S CLAIM# 11 |
| UNITED STATES TREASURY<br>P O BOX 7317<br>PHILADELPHIA, PA 19101-7317 | **$1,152.18**<br>DATE FILED: 06/26/2014 | PRIORITY CREDITOR (C)<br>Disb level: 31<br><br>ACCT: **1383**<br>COMM: 2011/2013 INCOME TAXES |
| | TRUSTEE'S CLAIM NO: 13<br>PERCENT ALLOWED: **100.00 %** | COURT'S CLAIM# 4 |

| Creditor | Amount / Date | Status |
|---|---|---|
| SPRINT<br>CONVERGENT OUTSOURCING INC<br>P O BOX 9004<br>RENTON, WA  98057 | $0.00<br>DATE FILED: 06/12/2014 | UNSECURED CREDITOR (H)<br>Disb level: 41<br><br>ACCT: **1624**<br>COMM: |
| | TRUSTEE'S CLAIM NO: 14<br>PERCENT ALLOWED: **.00 %** | COURT'S CLAIM# |
| COMCAST NASHVILLE<br>% CREDIT MGMT LP<br>4200 INTERNATIONAL PKWY<br>CARROLLTON, TX  75007 | $0.00<br>DATE FILED: 06/12/2014 | UNSECURED CREDITOR (H)<br>Disb level: 41<br><br>ACCT: **5602**<br>COMM: |
| | TRUSTEE'S CLAIM NO: 15<br>PERCENT ALLOWED: **.00 %** | COURT'S CLAIM# |
| DIRECT LOAN SERVICING CENTER<br>P O BOX 5609<br>GREENVILLE, TX  75403 | $0.00<br>DATE FILED: 06/12/2014 | UNSECURED CREDITOR (H)<br>Disb level: 41<br><br>ACCT:<br>COMM: STUDENT LOAN |
| | TRUSTEE'S CLAIM NO: 16<br>PERCENT ALLOWED: **.00 %** | COURT'S CLAIM# |
| METRO AUTO SALES<br>1243 S DICKERSON RD<br>GOODLETTSVILLE, TN  37072 | $0.00<br>DATE FILED: 06/12/2014 | NOTICE ONLY (N)<br>Disb level: 0<br><br>ACCT:<br>COMM: |
| | TRUSTEE'S CLAIM NO: 17<br>PERCENT ALLOWED: **.00 %** | COURT'S CLAIM# |
| EMERGENCY COVERAGE<br>NATIONAL CREDIT SYSTEMS<br>P O BOX 312125<br>ATLANTA, GA  31131 | $0.00<br>DATE FILED: 06/12/2014 | UNSECURED CREDITOR (H)<br>Disb level: 41<br><br>ACCT:<br>COMM: |
| | TRUSTEE'S CLAIM NO: 18<br>PERCENT ALLOWED: **.00 %** | COURT'S CLAIM# |

| | | |
|---|---|---|
| NASHVILLE THMS EMERGENCY DEPARTMENT<br>REVENUE RECOVERY CORPORATION<br>P O BOX 50250<br>KNOXVILLE, TN 37950 | **$340.00**<br>DATE FILED: 08/14/2014 | UNSECURED CREDITOR (H)<br>Disb level: 41<br><br>ACCT: **5472**<br>COMM: |
| | TRUSTEE'S CLAIM NO: 19<br>PERCENT ALLOWED: **.00 %** | COURT'S CLAIM# 15 |
| NASHVILLE GENERAL EMERGENCY DEPARTMENT<br>REVENUE RECOVERY CORP<br>P O BOX 50250<br>KNOXVILLE, TN 37950 | **$1,400.00**<br>DATE FILED: 08/14/2014 | UNSECURED CREDITOR (H)<br>Disb level: 41<br><br>ACCT: **5472**<br>COMM: |
| | TRUSTEE'S CLAIM NO: 20<br>PERCENT ALLOWED: **.00 %** | COURT'S CLAIM# 14 |
| NASHVILLE GENERAL EMERGENCY DEPT<br>% REVENUE RECOVERY CORP<br>P O BOX 50250<br>KNOXVILLE, TN 37950-0250 | **$0.00**<br>DATE FILED: 06/12/2014 | UNSECURED CREDITOR (H)<br>Disb level: 41<br><br>ACCT: **9086**<br>COMM: |
| | TRUSTEE'S CLAIM NO: 21<br>PERCENT ALLOWED: **.00 %** | COURT'S CLAIM# |
| NASHVILLE GENERAL EMERGENCY DEPT<br>% REVENUE RECOVERY CORP<br>P O BOX 50250<br>KNOXVILLE, TN 37950-0250 | **$0.00**<br>DATE FILED: 06/12/2014 | UNSECURED CREDITOR (H)<br>Disb level: 41<br><br>ACCT: **9086**<br>COMM: |
| | TRUSTEE'S CLAIM NO: 22<br>PERCENT ALLOWED: **.00 %** | COURT'S CLAIM# |
| METRO WATER SERVICES<br>LISA RUSSELL<br>1700 THIRD AVE NORTH<br>NASHVILLE, TN 37208 | **$99.95**<br>DATE FILED: 07/02/2014 | UNSECURED CREDITOR (H)<br>Disb level: 41<br><br>ACCT:<br>COMM: |
| | TRUSTEE'S CLAIM NO: 23<br>PERCENT ALLOWED: **.00 %** | COURT'S CLAIM# 5 |

| | | |
|---|---|---|
| NASHVILLE GENERAL HOSPITAL<br>ROBINSON REAGAN AND YOUNG<br>105 BROADWAY STE 300<br>NASHVILLE, TN 37201 | $0.00<br>DATE FILED: 06/12/2014 | UNSECURED CREDITOR (H)<br>Disb level: 41<br><br>ACCT: **9119**<br>COMM: |
| | TRUSTEE'S CLAIM NO: 24<br>PERCENT ALLOWED: **.00 %** | COURT'S CLAIM# |
| DAVIDSON CO CRIMINAL COURT CLERK<br>ROBINSON REAGAN AND YOUNG<br>105 BROADWAY STE 300<br>NASHVILLE, TN 37201-7201 | $0.00<br>DATE FILED: 06/12/2014 | NOTICE ONLY (N)<br>Disb level: 0<br><br>ACCT:<br>COMM: |
| | TRUSTEE'S CLAIM NO: 25<br>PERCENT ALLOWED: **.00 %** | COURT'S CLAIM# |
| WILLIAMSON CO CIRCUIT COURT<br>SOLUTIA HEALTHCARE<br>1505 CARMACK BLVD<br>COLUMBIA, TN 38401 | $0.00<br>DATE FILED: 06/12/2014 | UNSECURED CREDITOR (H)<br>Disb level: 41<br><br>ACCT: **0177**<br>COMM: |
| | TRUSTEE'S CLAIM NO: 26<br>PERCENT ALLOWED: **.00 %** | COURT'S CLAIM# |
| SURE ADVANCE LLC<br>750 SHIPYARD DR 213<br>WILMINGTON, DE 19801 | $0.00<br>DATE FILED: 06/12/2014 | UNSECURED CREDITOR (H)<br>Disb level: 41<br><br>ACCT:<br>COMM: |
| | TRUSTEE'S CLAIM NO: 27<br>PERCENT ALLOWED: **.00 %** | COURT'S CLAIM# |
| TN DEPT OF LABOR AND WORKFORCE<br>DEV BPC<br>TN ATTY GEN OFFICE BK DIV<br>P O BOX 20207<br>NASHVILLE, TN 37202 | $302.00<br>DATE FILED: 07/29/2014 | UNSECURED CREDITOR (H)<br>Disb level: 41<br><br>ACCT: **1383**<br>COMM: UNEMPLOYMENT BENEFITS |
| | TRUSTEE'S CLAIM NO: 28<br>PERCENT ALLOWED: **.00 %** | COURT'S CLAIM# 12 |

| Creditor | Amount | Status |
|---|---|---|
| TN STUDENT ASSISTANCE CORP<br>C/O TN ATTY GENERAL'S OFFICE<br>PO BOX 20207<br>NASHVILLE, TN 37202 | $0.00<br>DATE FILED: 06/12/2014 | NOTICE ONLY (N)<br>Disb level: 0<br><br>ACCT:<br>COMM: |
| | TRUSTEE'S CLAIM NO: 29<br>PERCENT ALLOWED: **.00 %** | COURT'S CLAIM# |
| US DEPT OF EDUCATION<br>NATIONAL PAYMENT CENTER<br>P O BOX 105028<br>ATLANTA, GA 30348 | $3,157.55<br>DATE FILED: 11/24/2014 | UNSECURED CREDITOR (H)<br>Disb level: 41<br><br>ACCT: **1383**<br>COMM: STUDENT LOAN/ECMC |
| | TRUSTEE'S CLAIM NO: 30<br>PERCENT ALLOWED: **.00 %** | COURT'S CLAIM# 18 |
| US AUTO CREDIT<br>176 CUDE LN<br>MADISON, TN 37115 | $0.00<br>DATE FILED: 06/12/2014 | UNSECURED CREDITOR (H)<br>Disb level: 41<br><br>ACCT: **9836**<br>COMM: |
| | TRUSTEE'S CLAIM NO: 31<br>PERCENT ALLOWED: **.00 %** | COURT'S CLAIM# |
| AUTO MASTERS<br>4601 NOLENSVILLE RD<br>NASHVILLE, TN 37211 | $0.00<br>DATE FILED: 06/12/2014 | UNSECURED CREDITOR (H)<br>Disb level: 41<br><br>ACCT: **D678**<br>COMM: CODEBTOR |
| | TRUSTEE'S CLAIM NO: 32<br>PERCENT ALLOWED: **.00 %** | COURT'S CLAIM# |
| NASHVILLE ELECTRIC SERVICE<br>1214 CHURCH STREET<br>REMITTANCE DEPARTMENT ROOM 491<br>NASHVILLE, TN 37246 | $701.84<br>DATE FILED: 07/11/2014 | UNSECURED CREDITOR (H)<br>Disb level: 41<br><br>ACCT: **4128**<br>COMM: |
| | TRUSTEE'S CLAIM NO: 33<br>PERCENT ALLOWED: **.00 %** | COURT'S CLAIM# 6 |

| | | |
|---|---|---|
| BANK OF AMERICA<br>P O BOX 982235<br>EL PASO, TX  79998 | **$0.00**<br>DATE FILED: 06/12/2014 | UNSECURED CREDITOR (H)<br>Disb level: 41<br><br>ACCT:<br>COMM: OVERDRAFT |
| | TRUSTEE'S CLAIM NO: 34<br>PERCENT ALLOWED: **.00 %** | COURT'S CLAIM# |
| CASH DIRECT<br>P O BOX 2780<br>WILMINGTON, VA  19805 | **$0.00**<br>DATE FILED: 06/12/2014 | UNSECURED CREDITOR (H)<br>Disb level: 41<br><br>ACCT:<br>COMM: |
| | TRUSTEE'S CLAIM NO: 35<br>PERCENT ALLOWED: **.00 %** | COURT'S CLAIM# |
| ELIZABETH CRAWFORD<br>NO ADDRESS GIVEN<br>,    00000 | **$0.00**<br>DATE FILED: 06/12/2014 | NOTICE ONLY (N)<br>Disb level: 0<br><br>ACCT:<br>COMM: EX-GIRLFRIEND/CODEBTOR |
| | TRUSTEE'S CLAIM NO: 36<br>PERCENT ALLOWED: **.00 %** | COURT'S CLAIM# |
| UNITED STATES TREASURY<br>P O BOX 7317<br>PHILADELPHIA, PA  19101-7317 | **$1,424.32**<br>DATE FILED: 06/26/2014 | UNSECURED CREDITOR (H)<br>Disb level: 41<br><br>ACCT: **1383**<br>COMM: 2008-2010 INCOME TAXES |
| | TRUSTEE'S CLAIM NO: 37<br>PERCENT ALLOWED: **.00 %** | COURT'S CLAIM# 4 |
| MIDLAND CREDIT MGMT<br>AS AGENT FOR ASSET ACCEPTANCE<br>P O BOX 2036<br>WARREN, MI  48090 | **$0.00**<br>DATE FILED: 08/09/2014 | UNSECURED CREDITOR (H)<br>Disb level: 41<br><br>ACCT: **3791**<br>COMM: LINCOLN TECHNICAL INSTITUTE/ASSET ACCEPTANCE**LAST TRANS 1/21/04**/DISALLOWED |
| | TRUSTEE'S CLAIM NO: 38<br>PERCENT ALLOWED: **.00 %** | COURT'S CLAIM# 13 |

| | |
|---|---:|
| TOTAL | $18,909.77 |

The Trustee proposes to pay on such claims unless such claims are disallowed.

Accordingly, the Trustee notifies the court and the debtor that those claims which have been filed be deemed allowed for the purpose of distribution pursuant to the confirmed plan.

| | | |
|---|---|---|
| 01/20/2015 | JRH | /s/ Henry E. Hildebrand, III |
| DATE | INITIALS | HENRY E. HILDEBRAND, III |
| | | CHAPTER 13 TRUSTEE |
| | | P O BOX 340019 |
| | | NASHVILLE, TN  37203 |
| | | PHONE: 615-244-1101 |
| | | FAX: 615-242-3241 |
| | | pleadings@ch13nsh.com |

cc: HENRY E. HILDEBRAND, III
    DEONTAYE LORANZO HAMER
    P O BOX 78153
    NASHVILLE, TN  37207-8153

ROTHSCHILD AND AUSBROOKS PLLC
1222 16TH AVE SOUTH SUITE 12
NASHVILLE, TN  37212