IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| IN RE: ) | |
| ) | CHAPTER: 13 |
| DEONTAYE LORANZO HAMER ) | CASE NO.: 14-04593 |
| SSN: XXX-XX-1383 ) | JUDGE: MASHBURN |
| PO BOX 78153 ) | |
| NASHVILLE, TN 37207 ) | |
|    Debtor ) | |

**THE DEADLINE FOR FILING A TIMELY RESPONSE IS: June 22, 2015**
**IF A RESPONSE IS TIMELY FILED, THE HEARING WILL BE: July 8, 2015, at 8:30 a.m. in Courtroom 1, Customs House, 701 Broadway, Nashville, TN 37203.**

### NOTICE OF MOTION TO SUSPEND CHAPTER 13 PLAN PAYMENTS AND TO MODIFY PLAN

Debtor has asked the court for the following relief: To suspend plan payments and to modify the Debtor's plan.

**YOUR RIGHTS MAY BE AFFECTED.** If you do not want the court to grant the attached motion by entering the attached order, or if you want the court to consider your views on the motion, then on or before the response date stated above, you or your attorney must:

1. File with the court your response or objection explaining your position. Please note: the Bankruptcy Court for the Middle District of Tennessee requires electronic filing. Any response or objection you wish to file must be submitted electronically. To file electronically, you or your attorney must go to the court website and follow the instructions at: <https://ecf.tnmb.uscourts.gov>.

   If you need assistance with Electronic Filing you may call the Bankruptcy Court at (615) 736-5584. You may also visit the Bankruptcy Court in person at: U.S. Bankruptcy Court, 701 Broadway, 1st Floor, Nashville, TN (Monday - Friday, 8:00 A.M. - 4:00 P.M.).

2. Your response must state the deadline for filing responses, the date of the scheduled hearing and the motion to which you are responding.

    If a response is filed before the deadline stated above, the hearing will be held at the time and place indicated above. ***THERE WILL BE NO FURTHER NOTICE OF THE HEARING DATE.*** You may check whether a timely response has been filed by viewing the case on the Court's website at <https://ecf.tnmb.uscourts.gov>.

    If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter the attached order granting that relief.

Date: May 29, 2015                         Signature: */s/ Gray Waldron*
                                                     Name: Gray Waldron
                                                     Address: 1222 16th Avenue South, Suite 12
                                                                Nashville, TN 37212-2926

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| IN RE: ) | |
| ) | CHAPTER: 13 |
| DEONTAYE LORANZO HAMER ) | CASE NO.: 14-04593 |
| SSN: XXX-XX-1383 ) | JUDGE: MASHBURN |
| PO BOX 78153 ) | |
| NASHVILLE, TN 37207 ) | |
|   Debtor ) | |

## MOTION TO SUSPEND CHAPTER 13 PLAN PAYMENTS AND TO MODIFY PLAN

COMES the Debtor, through counsel, Rothschild & Ausbrooks, PLLC, and hereby moves to suspend two (2) monthly Chapter 13 plan payments and to modify his confirmed plan. In support of this motion, the Debtor would state as follows:

1. The Debtor lost his employment in May, 2015 and is temporarily unable to fund his plan while seeking a job with newly obtained Commercial Driver's License. The Debtor expects to regain the ability to fund his plan in August, 2015.

2. The Debtor moves to suspend two (2) monthly Chapter 13 payments covering the months of June & July, 2015. The Debtor would resume funding the plan in August, 2015.

3. As a result of the suspended payments, secured creditors Insolve Auto Funding and priority creditor Central Child Support Receipting Unit would each miss two (2) monthly disbursements from the Chapter 13 Trustee.

4. Upon resumption in August, 2015, the Debtor's plan payments would increase from $350.00 bi-weekly and $94.25 weekly to $285.25 weekly to cure the default created by this suspension. The plan base would remain $68,200.00 *plus tax refunds* and the guaranteed minimum dividend to allowed unsecured claims would remain zero percent (0%) over a plan length not to exceed sixty (60) months from confirmation.

5. Additionally, the Debtor would continue dedicate all future income tax refunds to the Trustee for the life of the plan, which would be applied to increase the plan base, and his case would continue on a probationary basis subject to dismissal upon application of the Trustee following a future default in plan payments.

6. Debtor attaches an Amended Family Budget in support of this motion which reflects his currently monthly income and expenses, and details material changes since the last budget was submitted.

7. The Debtor attended the Trustee's money management class on December 9, 2014.

Respectfully submitted,

*/s/ Gray Waldron*
GRAY WALDRON
ROTHSCHILD & AUSBROOKS, PLLC
Attorney for Debtor(s)
1222 16th Avenue South, Suite 12
Nashville, TN  37212-2926
(615) 242-3996 (telephone)
(615) 242-2003 (facsimile)
notice@rothschildbklaw.com

## CERTIFICATE OF SERVICE

I certify that on this 1st day of June, 2015, I served a copy of the foregoing in the following manner:

*Email by Electronic Case Noticing to:*

Beth R. Derrick, Asst. U.S. Trustee
Henry E. Hildebrand, III, Chapter 13 Trustee

*By U.S. Postal Service, postage prepaid to:*

All parties-in-interest per the below attached matrix.

*/s/ Gray Waldron*
GRAY WALDRON

TOTAL FIRST CLASS MAILINGS:  43

Amended Matrix

**Adjustment Service**
Attn: Officer Manager or Agent
PO Box 1512
Knoxville TN 37901-1512

**Auto Masters**
Attn: Officer Manager or Agent
4601 Nolensville Road
Nashville TN 37211

**Automated Collection Services**
Attn: Officer Manager or Agent
PO Box 17423
Nashville TN 37217

**Bank of America**
Attn: Officer
PO Box 982235
El Paso TX 79998-2235

**Cash Direct**
Attn: Officer Manager or Agent
PO Box 2780
Wilmington DE 19805

**Chanel D Waters**
1594 9th Ave N
Nashville TN 37208-2110

**CHILD SUPPORT SERVICES OF TENNESSEE**
c/o KIAWSHA S PATTON

44 VANTAGE WAY SUITE 300
NASHVILLE, TN 37228

**CHILD SUPPORT SERVICES OF TENNESSEE**
c/o JAZZMINE S PRIMM
44 VANTAGE WAY SUITE 300
NASHVILLE, TN 37228

**CHILD SUPPORT SERVICES OF TENNESSEE**
c/o HOLLY E CAMPBELL
44 VANTAGE WAY SUITE 300
NASHVILLE, TN 37228

**CHILD SUPPORT SERVICES OF TENNESSEE**
c/o CHANEL D WATERS
44 VANTAGE WAY SUITE 300
NASHVILLE, TN 37228

**Convergent Outsourcing Inc**
Attn: Officer Manager or Agent
PO Box 9004
Renton WA 98057

**Credit Management LP**
Attn: Officer Manager or Agent
4200 International Pkwy
Carrollton TX 75007-1912

**Deontaye Loranzo Hamer**
PO Box 78153
Nashville TN 37207-8153

**Direct Loan Servicing Center**
Attn: Officer Manager or Agent
PO Box 5609
Greenville TX 75403-5609

**Holly Campbell**
129 Pleasant Street
Concord NH 03301

**Inland Bank**
% Susan Faulkner
736 Currey Road
Nashville TN 37217

**InSolve Auto Funding, LLC, c/o Capital Recovery Gr**
Dept 3403
PO Box 123403
Dallas, TX 75312-3403

**IRS Insolvency**
Attn: Officer Manager or Agent
PO Box 7346
Philadelphia PA 19101-7346

**Jazzmin S Primm**
930 40th Avenue North
Nashville TN 37209

**Kiawsha S Patton**
1404 Tempany Court
Nashville TN 37207

**Limited Auto Sales Inc**
Attn: Officer Manager or Agent
134 Donelson Pike
Nashville TN 37214

**Metro Auto Sales**
Attn: Officer Manager or Agent
1243 S Dickerson Road
Goodlettsville TN 37072

**METRO WATER SERVICES**
1700 3RD AVE N
NASHVILLE TENNESSEE 37208

**Midland Credit Management, Inc.**
as agent for Asset Acceptance LLC
PO Box 2036
Warren, MI 48090

**Nashville Electric Service**
1214 Church Street
Nashville, TN 37246

**NASHVILLE GENERAL EMERGENCY DEPARTMENT**
Revenue Recovery Corporation
PO Box 50250
Knoxville, TN 37950-0250

**NASHVILLE THMS EMERGENCY DEPARTMENT**
Revenue Recovery Corporation
PO Box 50250
Knoxville, TN 37950-0250

**National Credit Systems**
Attn: Officer Manager or Agent
PO Box 312125
Atlanta GA 31131

**New Hampshire Dept of Health and Human S**
129 Pleasant Street
Concord NH 03301

**Revenue Recovery Corp**
Attn: Officer Manager or Agent
PO Box 50250
Knoxville TN 37950-0250

**Robinson Reagan & Young PLLC**
105 Broadway #300
Nashville TN 37201

**Signature Loan Co**
Attn: Officer Manager or Agent
713-B Main St
Nashville TN 37206

**Solutia Healthcare**
1505 Carmack Blvd
Columbia TN 38401

**Sure Advance LLC**
Attn: Officer Manager or Agent
750 Shipyard Drive #213
Wilmington DE 19801

**TN Atty Generals Office BK Unit**
RE: Dept of Labor & Workforce Dev
PO Box 20207
Nashville TN 37202

**TN Atty Generals Office BK Unit**
RE: TN Student Assistance Corp
PO Box 20207
Nashville TN 37202

**TN Child Support Receipting Unit**
Attn: Officer Manager or Agent
PO Box 305200
Nashville TN 37229

**TN Dept of Labor & Workforce Dev - BPC**
c/o TN Attorney Generals Office
Bankruptcy Division
PO Box 20207
Nashville, TN 37202-0207

**U.S. Department of Education**
P.O. Box 16448
Saint Paul, MN 55116

**US Attorney**
110 9th Ave S #A961
Nashville TN 37203

**US Auto Credit**
Attn: Officer Manager or Agent
176 Cude Lane
Madison TN 37115

**World Acceptance Corp/BK Processing**
PO Box 6429
Greenville SC 29606

**World Finance Corporation**
925 Gallatin Avenue,
Suite 104
Nashville, TN 37206

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE**

| | | |
|---|---|---|
| IN RE: ) | | |
| ) | CASE NO: | 14-04593 |
| Deontaye Hamer ) | CHAPTER | 13 |
| ) | JUDGE | MASHBURN |
| Debtor(s) ) | | |

**AMENDED MONTHLY FAMILY BUDGET**

| | | | | | Prior Budget* | Current Budget* |
|---|---|---|---|---|---|---|
| Dates of Budgets: | | | | | 12/9/2014 | 5/29/2015 |

**EXPENSES**

| | | | | | | |
|---|---|---|---|---|---|---|
| Rent/Mortgage Payment: | | | | | $ - | $ 50.00 |
| Utilities: | Prior* | | Current* | | | |
|   Electric, heat, natural gas: | $ - | $ | - | | | |
|   Water, sewer, garbage: | $ - | $ | - | | | |
|   Telephone, cell, internet, cable: | $ 60.00 | $ | 60.00 | | | |
|   Other: | $ - | $ | - | | | |
|   Other: | $ - | $ | - | | | |
| **Total Utilities:** | | | | | $ 60.00 | $ 60.00 |
| Food: | | | | | $ 250.00 | $ 250.00 |
| Childcare/Education Costs: | | | | | $ - | $ - |
| Clothing / Laundry & Dry Cleaning: | | | | | $ 80.00 | $ 80.00 |
| Personal Care Products & Services: | | | | | $ 30.00 | $ 30.00 |
| Medical & Dental Expenses: | | | | | $ 25.00 | $ 25.00 |
| Transportation: | | | | | $ 250.00 | $ 250.00 |
| Entertainment/Recreation: | | | | | $ 50.00 | $ 50.00 |
| Charity: | | | | | $ - | $ - |
| Insurance (not deducted from wages): | | | | | | |
|   Auto: | $ 110.00 | $ | 110.00 | | | |
|   Life: | $ - | $ | - | | | |
|   Home: | $ - | $ | - | | | |
|   Renters: | $ - | $ | - | | | |
|   Other: | $ - | $ | - | | | |
| **Total Insurance:** | | | | | $ 110.00 | $ 110.00 |
| Taxes (not deducted from wages): | | | | | $ - | $ - |
| Child Support: | | | | | $ - | $ - |
| Home Maintenance: | | | | | $ - | $ - |
| Pet Expenses: | | | | | $ - | $ - |
| Other: | | | | | $ - | $ - |
| Other: | | | | | $ - | $ - |
| Other: | | | | | $ - | $ - |
| Other: | | | | | $ - | $ - |
| **TOTAL MONTHLY EXPENSES:** | | | | | **$ 855.00** | **$ 905.00** |

| INCOME | | | | | Prior Budget* | Current Budget* |
|---|---|---|---|---|---|---|
| **Debtor's Gross Income:** | | | | | $ 997.72 | $ - |
| Spouse's Gross Income: | | | | | $ - | $ - |
| Payroll Deductions: | Prior* | | Current* | | | |
|    Payroll Taxes: | $ | 76.32 | $ | - | | |
|    401(k) contributions: | $ | - | $ | - | | |
|    Insurances: | $ | - | $ | - | | |
|    Other: | $ | - | $ | - | | |
|    Total Payroll Deductions: | | | | | $ 76.32 | $ - |
| Other Regular Income: | | | | | | |
|    Child Support: | $ | 260.00 | $ | 260.00 | | |
|    Food Stamps: | $ | 147.00 | $ | 329.00 | | |
|    Second Job: | $ | 777.00 | $ | - | | |
|    Total Other Regular Income: | | | | | $ 1,184.00 | $ 589.00 |
| **TOTAL MONTHLY INCOME:** | | | | | **$ 2,105.40** | **$ 589.00** |

**SUMMARY:**

| | Prior Budget* | Current Budget* |
|---|---|---|
| **Total Monthly Income (from above):** | $ 2,105.40 | $ 589.00 |
| **minus Total Monthly Expenses (from page 1):** | $ (855.00) | $ (905.00) |
| **equals Monthly Surplus:** | $ 1,250.40 | $ (316.00) |
| **Monthly Plan Payment:** | $ - | $ - |
| **Duration of Plan (months):** | | |
| **Dividend to Unsecured Creditors (%)** | 0% | 0% |
| **Secured Creditors Affected:** | | |

**\*Explain any increase or decrease in income, expenses, or dividend that exceeds 10%:**

Debtor's previous budget was supplied with a prior suspension for him to attend CDL training. He now has his CDL and is seeking driving job. He lost his employment in Mid-May and expects to have a driving job and the ability to fund his plan in August, 2015. Household size of 2: Debtor and 9 year old son.

*/s/Deontaye Hamer*
DEONTAYE HAMER

May 29, 2015
(Date)