IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

IN RE: )
)
DEONTAYE LORANZO HAMER, ) Bk. No. **14-04593-RM3-13**
P. O. Box 78153 ) Chapter 13
Nashville, TN 37207 ) Judge Randal S. Mashburn
SSN: XXX-XX-1383 )
           Debtor(s). )

**THE DEADLINE FOR FILING A TIMELY RESPONSE IS:** June 22, 2015
**IF A RESPONSE IS TIMELY FILED, THE HEARING WILL BE:** July 8, 2015 at 8:30 a.m. in Courtroom 1, 2nd Floor Customs House, 701 Broadway, Nashville, Tennessee 37203

TRUSTEE'S REQUEST FOR HEARING ON DEBTOR'S
APPLICATION TO MODIFY PLAN BY FURTHER SUSPENSION OF PAYMENTS

       Henry E. Hildebrand, III, Standing Trustee for Chapter 13 matters in the Middle District of Tennessee, respectfully requests this Court set for hearing the application filed by the debtor to further modify his plan by an additional suspension of payments for the months of June and July, 2015.

       The impact of the debtor's request would preclude payments to a child support creditor.

       The debtor's proposal precludes the payment of monthly payments to a secured creditor, Insolve Auto Funding, and results in an arrearage accruing on both the support and Insolve Auto Funding.

       The basis for the debtor's suspension is that the debtor has no income. The Trustee submits that the debtor's modified plan is not feasible unless and until the debtor obtains employment.

       WHEREFORE, THE PREMISES CONSIDERED, the Trustee requests this Court set for hearing the debtor's Application to Modify Plan by a further suspension of payments.

                Respectfully submitted,

                /s/ Henry E. Hildebrand, III
                _____
                Henry E. Hildebrand, III
                Chapter 13 Trustee
                P. O. Box 340019
                Nashville, TN 37203-0019
                615-244-1101; Fax 615-242-3241
                pleadings@ch13nsh.com

CERTIFICATE OF SERVICE

       I, the undersigned, hereby certifies that on or before the 19th day of June, 2015, a true and correct copy of the foregoing has been served in the following manner:

*Email by Electronic Case Noticing to:*

U. S. Trustee
Rothschild & Ausbrooks, Counsel for Debtor

*By U. S. Postal Service, postage prepaid to:*

Deontaye L. Hamer, P. O. Box 78153, Nashville, TN 37207

                /s/ Henry E. Hildebrand, III
                _____
                Henry E. Hildebrand, III
                Chapter 13 Trustee