
Randal S. Mashburn
U.S. Bankruptcy Judge

Dated: 7/13/2015



IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| IN RE: | ) | | |
|---|---|---|---|
| | ) | CHAPTER: | 13 |
| DEONTAYE LORANZO HAMER | ) | CASE NO.: | 14-04593 |
| SSN: XXX-XX-1383 | ) | JUDGE: | MASHBURN |
| 873 S 6TH STREET | ) | | |
| NASHVILLE, TN 37206 | ) | | |
| Debtor | ) | | |

### NOTICE AND ORDER WITHDRAWING DEBTOR'S MOTION TO SUSPEND PLAN PAYMENTS AND TO MODIFY PLAN

COMES the Debtor, through Counsel, Rothschild & Ausbrooks, PLLC, and hereby gives notice of withdrawal of the Debtor's Motion to Suspend Plan Payments and to Modify Plan.

*THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY AS INDICATED AT THE TOP OF THE FIRST PAGE.*

APPROVED FOR ENTRY:

*/s/ Mary Beth Ausbrooks*
MARY BETH AUSBROOKS
ROTHSCHILD & AUSBROOKS, PLLC
Attorney for Debtor(s)
1222 16th Avenue South, Suite 12
Nashville, TN 37212-2926
(615) 242-3996 (telephone)
(615) 242-2003 (facsimile)
notice@rothschildbklaw.com

### CERTIFICATE OF SERVICE

I certify that on this 10th day of July, 2015, I mailed/e-mailed by regular, first class mail, a copy of the foregoing to the Office of the Chapter 13 Trustee, PO Box 340019, Nashville, TN 37203-0019; to the Office of the U.S. Trustee, Customs House, Suite 318, 701 Broadway, Nashville, TN 37203-3966; and to the Debtor at the above referenced address.

*/s/ Mary Beth Ausbrooks*
MARY BETH AUSBROOKS

TOTAL MAILINGS: 1

This Order has been electronically signed. The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.